OPINION — AG — 72 O.S. 1971 48 [72-48], 74 O.S. 1971 801 [74-801] ET SEQ., AND OKLAHOMA STATE PERSONNEL BOARD RULE NO. 1410 GOVERN MILITARY AND VACATION LEAVE OF PERSONNEL OF THE HIGHWAY PATROL DIVISION OF THE DEPARTMENT OF PUBLIC SAFETY AND ANY ALLEGED "LOSS OF STATUS" BY AN INDIVIDUAL IS A FACTUAL QUESTION. CITE: 72 O.S. 1971 47 [72-47], 72 O.S. 1971 48 [72-48] (ANNUAL LEAVE, MILITARY LEAVE, VACATION LEAVE) (WILLIAM S. FLANAGAN)